Joanne **BOYD**, Appellant

v.

**STATE FARM INSURANCE COMPANY.**

No. 07–2930.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Feb. 12, 2008.

Filed: Aug. 11, 2008.

Joanne Boyd, Philadelphia, PA, pro se.

Before: McKEE, SMITH and CHAGARES, Circuit Judges.

OPINION

PER CURIAM.

On May 24, 2007, Boyd filed a document titled "Petition for Notice of Appeal from the Order of the Supreme Court of the United States Office of the Clerk" in the United States District Court for the Eastern District of Pennsylvania. In an order entered that same day, the District Court denied Boyd's petition for notice of appeal. The District Court based its denial, in part, on Boyd's failure to comply with Fed. R.Civ.P. 3 and, in part, for lack of jurisdiction because it sought review of the United States Supreme Court's processing and denial of her writ of prohibition. Boyd appeals and has filed a motion to supplement the record. We will affirm.

District courts do not have jurisdiction to review decisions by the United States Supreme Court. *See* 28 U.S.C. §§ 1330–1369. Accordingly, the District Court properly dismissed Boyd's petition for notice of appeal for lack of jurisdiction and we will affirm its judgment. Boyd's motion to supplement the record is denied. We note that there is nothing in the motion that can cure the jurisdictional defect.